```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF TENNESSEE
                           AT KNOXVILLE
```

| | | |
|---|---|---|
| JAMIE BEAHM, | ) | |
| | ) | |
|     Plaintiffs, | ) | |
| v. | ) | Civil Action No. |
| | ) | 3:13-cv-160-JMH |
| AUTO OWNERS INSURANCE CO., | ) | |
| | ) | **JUDGMENT** |
|     Defendant. | ) | |
| | ) | |
| | ) | |

\*\*\*

In accordance with the Court's Memorandum Opinion and Order of even date and entered contemporaneously herewith, **IT IS HEREBY ORDERED**:

1) that Defendant's Motion to Dismiss Plaintiff's Complaint is **GRANTED** [D.E. 5];

2) that Plaintiff's Complaint is **DISMISSED WITH PREJUDICE;**

**3**) that all scheduled proceedings are **CONTINUED GENERALLY**;

4) that all pending motions are **DENIED AS MOOT**; and

5) that this Order is **FINAL AND APPEALABLE** and **THERE IS NO JUST CAUSE FOR DELAY**.

This the 1st day of August, 2013.



Signed By:
_Joseph M. Hood_ ⱼₘₕ
Senior U.S. District Judge